**LAURIE B. WILLIAMS, Standing Chapter 13 Trustee**
**INTERIM STATEMENT AS OF 03/20/2014**

CASE NO: 11-10545-13          DATE FILED: 03/11/2011          CONFIRMED: 05/11/2011

SMITH, CAROLYN FAYE                                    ATTORNEY: JANUARY M BAILEY          1,000.00 MONTHLY

744 SUTTER LN #C103                                    ATTORNEY AT LAW

OLYMPIA, WA 98503                                      700 N MARKET

WICHITA, KS 67214-3518

Employer:                          Joint Debtor Employer:

**PAYMENTS/ABATEMENTS**          **PAYMENTS RECEIVED IN PAST 6 MONTHS**

| | | | Date | Source | Number | Amount |
|---|---|---|---|---|---|---|
| Due Dates | | Amount | 02/19/14 | ONLINE CHECK | 0097452588 | 1,000.00 |
| 04/11/2011 to 00/0000 | 1,000.00 | Monthly Payment Debtor | 01/17/14 | ONLINE CHECK | 0092069742 | 1,000.00 |
| | | | 12/19/13 | ONLINE CHECK | 1205156653 | 1,500.00 |

TOTAL PAYMENTS DUE:          36,000.00          TOTAL PAYMENTS RECEIVED:          35,000.00

AMOUNT BEHIND:          1,000.00

CASE TYPE:          PERCENTAGE:          100.000

ESTIMATED NEEDED TO COMPLETE CLAIMS:          7,297.01

ESTIMATED NUMBER OF MONTHS REMAINING: (8 LEFT)

CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% / INT. RATE INT. BEGIN | FIX PAY ARREARS | LAST DISB | CLAIM AMT TO BE PAID / PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|
| 001 | WELLS FARGO BANK | PRO | UNS 100.0000 | 0.00 0.00 | | 4,877.64 4,877.64 | 0.00 0.00 | 4,877.64 0.00 |
| 002 | METRO CREDIT UNION TO BE PAID IN FULL | PRO | SEC 4.7500 100.0000 03/11/2011 | 0.00 0.00 | 02/2014 | 29,586.35 29,586.35 | 29,554.84 1,804.09 | 31.51 0.24 |
| 003 | GREEN TREE SERVICING LLC TO BE SURREND/BAC HOME ASSG GRE | PRO | SEC 100.0000 | 0.00 0.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
| 003EA1 | BAC HOME LOANS ENTRY OF APPEARANCE | PRO | SEC 100.0000 | 0.00 0.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
| 004 | PEREGRINE POINT OWNERS ASSOC | PRO | UNS 100.0000 | 0.00 0.00 | | 1,092.18 1,092.18 | 0.00 0.00 | 1,092.18 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES ETHAN ALLEN/GE MONEY ASSG PRA | PRO | UNS 100.0000 | 0.00 0.00 | | 600.54 600.54 | 0.00 0.00 | 600.54 0.00 |
| 777 | DEBTOR | PRO-I | REF 100.0000 | 0.00 0.00 | | Continuing Continuing | | Closed |
| 799 | JANUARY M BAILEY | PRO | ATY 100.0000 | 0.00 0.00 | 02/2014 | 2,000.00 2,000.00 | 1,998.07 0.00 | 1.93 0.00 |
| 799C | JANUARY M BAILEY | PRO-A | ATY 100.0000 | 0.00 0.00 | | 350.00 350.00 | 0.00 0.00 | 350.00 0.00 |
| 881 | LAURIE B WILLIAMS TRUSTEE | PRO | SPC 100.0000 | 0.00 0.00 | | 0.00 0.00 | | 0.00 0.00 |
| EOA1 | BAC HOME LOANS | PRO | SEC 100.0000 | 0.00 0.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
| F1 | CLERK OF THE BANKRUPTCY COURT | PRO | SPC 100.0000 | 0.00 0.00 | | 0.00 0.00 | | 0.00 0.00 |
| | Trustee Administrative Fees | | | | | 1,643.00 | 1,643.00 | |
| | TOTALS: | | | 0.00 0.00 | | 40,149.71 40,149.71 | 33,195.91 1,804.09 | 6,953.80 0.24 |

DISTRIBUTION SUMMARY TO DATE

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| AMT TO BE PAID: | 0.00 | 2,350.00 | 0.00 | 29,586.35 | 6,570.36 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 1,998.07 | 0.00 | 29,554.84 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 351.93 | 0.00 | 31.51 | 6,570.36 | | DUE CREDITORS: | 6,954.04 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.24 | 0.00 | | EXPECTED ADMIN: | 342.97 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | LESS AVAILABLE: | 0.00 |
| BALANCE DUE: | 0.00 | 351.93 | 0.00 | 31.75 | 6,570.36 | 0.00 | APPROX BALANCE: | 7,297.01 |